Ana MARTIN, Plaintiff–Appellee,

v.

Jose SALVATIERRA, individually, Nelson Figueroa, individually, Defendants–Appellants,

Miami–Dade County, a political subdivision of the State of Florida, Defendant.

No. 06–16071.

United States Court of Appeals, Eleventh Circuit.

Nov. 14, 2007.

Craig Edward Leen, Miami–Dade County Attorneys Office, Miami, FL, for Defendants–Appellants.

Hugh L. Koerner, Hollywood, FL, for Plaintiff–Appellee.

Before BLACK, HULL and FAY, Circuit Judges.

PER CURIAM:

After review and oral argument, the Court affirms the district court's denial of the defendants' motion to dismiss the plaintiff's 28 U.S.C. § 1983 claim for false arrest based on qualified immunity for the reasons outlined in the district court's order dated November 7, 2006.

AFFIRMED.